UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 3 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EHSAN ULLAH
Camp Delta
Washington, D.C. 20355

   Petitioner

 v.

GEORGE W. BUSH, President
of the United States

DONALD RUMSFELD, Secretary,
United States Department of Defense

JAY HOOD, Army Brigadier General,
Commander, Joint Task Force-GTMO

MICHAEL I. BUMGARNER, Army
Colonel, Commander, Joint Detention
Operations Group-JTF-GTMO

Leave to file without
Prepayment of Cost **GRANTED**
6/29/2005

Civil Action No. _Ricardo M. Urbina_

CASE NUMBER   1:05CV01311
JUDGE: Colleen Kollar-Kotelly
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 06/30/2005

**PETITION FOR WRIT OF HABEAS CORPUS**

1

GUAN-2005-T02433

In the name of Allah, the compassionate, the merciful

I Ehsan Ullah Detainee No.562 am sending my petition to the American Court that I am an innocent man. I never did and will never do any thing against the United States; I am a poor man. I am innocent and why I am sitting here unlawfully for three years. The Habeas Corpus Court should review my file so I can be released. The American military Tribunal has oppressed me because they labeled me as an Enemy Combatant in the circumstances while I am extremely innocent. You all Americans have lost your humanity in my innocence.

Washington, DC 20353
USA

2FB / 13 MAY 05
Pashto/05

| SENDER | TO: |
|---|---|
| NAME (Last, first, MI) Peerzai, Qari HasanUlla | |
| INTERNMENT SERAL NUMBER JJJ2FB | STREET |
| DATE AND PLACE OF BIRTH | CITY |
| NAME OF CAMP GTMO | COUNTRY |
| | PROVINCE OR DEPARTMENT |
| COUNTRY WHERE POSTED | |

DA FORM 2668, JAN 2004