UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**EHSAN ULLAH, <u>et</u>. <u>al</u>.,**           )
                                                              )
    **Petitioners,**                        )
                                                              )
    v.                                           )    Civil Action No. 05-1311 (RCL)
                                                              )
**GEORGE W. BUSH,**                      )
**President of the United States, <u>et</u>. <u>al</u>.,**  )
                                                              )
    **Respondents.**                       )
_____)

### ORDER

Upon consideration of Respondent's Motion to Stay Proceedings, and the record herein, respondent's motion is GRANTED. It is

ORDERED that respondents' obligation to show cause why the petition should not be granted is stayed; it is further

ORDERED that the case shall be stayed pending resolution of the appeals in <u>In re Guantanamo Detainee Cases</u>, 355 F. Supp. 2d 443 (D.D.C. 2005), and <u>Khalid v. Bush</u>, 355 F. Supp. 2d 311 (D.D.C. 2005). This stay shall not however, bar the filing or disposition of any motion for emergency relief.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, September 1, 2005.