# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

EHSAN ULLAH,
    Petitioner

v                        **APPEARANCE**

                                     CASE NO.: 1:05cv01311-RCL

GEORGE W. BUSH, President
of the United States, Et Al
     Respondent

*To the Clerk of this Court and all parties of record:*

    *Enter my Appearance as counsel in this case for:*

**EHSAN ULLAH**

Date: November 15, 2005                    _/s/_____
                                                   *Signature*

Bar No.: ct24770                      *Thomas P. Belsky*_____
                                                   *Print Name*

                                            *OFFICE OF THE FEDERAL DEFENDER*
                                            *Firm Name*

                                            *2 WHITNEY AVENUE, SUITE 300*
                                            *Address*

                                            *NEW HAVEN    CT    06510*
                                            *City           State    Zip Code*

                                            *(203) 498-4200*
                                            *Phone Number*

*I hereby certify that copies have been mailed to counsel of record as listed below, this date: November 15, 2005*

*Preeya M. Noronha, U.S. Department of Justice, 20 Massachusetts Avenue, NW, Room 7226, Washington, DC 20530.*

                                            _/s/_____
                                            *Thomas P. Belsky*