## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EHSAN ULLAH,**<br>**Petitioner,**<br><br>v.<br><br>**GEORGE W. BUSH**, *et al.*,<br>**Respondents**. | Civil Action No: 1:05-CV-01311(RCL) |

### ORDER

Having considered Petitioner's Unopposed Motion for Entry of Protective Orders, and it appearing that good cause exists for granting the motion, it is hereby

**ORDERED** that the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004 in In re Guantanamo Detainee Cases, 344 F.Supp. 2d 174 (D.D.C. 2004), the Order Supplementing and Amending Filing Procedures contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004 in In re Guantanamo Detainee Cases, and the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004 in In re Guantanamo Detainee Cases shall apply in the above-captioned case.

IT IS SO ORDERED.

Dated: _____          _____
                                      United States District Judge