# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| EHSAN ULLAH, | ) |
| | ) |
|       Petitioner, | ) |
| | ) |
|       v. | )    Civil Action No. 05-1311 (RCL) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, <u>et</u>. <u>al</u>., | ) |
| | ) |
|       Respondents. | ) |

_____)

## <u>ORDER</u>

Having considered Petitioner's Unopposed Motion for Entry of Protective Orders, and it appearing that good cause exists for granting the motion, it is hereby

**ORDERED** that the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004 in <u>In re Guantanamo Detainee Cases</u>, 344 F.Supp. 2d 174 (D.D.C. 2004), the Order Supplementing and Amending Filing Procedures contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004 in <u>In re Guantanamo Detainee Cases</u>, and the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004 in <u>In re Guantanamo Detainee Cases</u> shall apply in the above-captioned case.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, December 14, 2005.