IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EHSAN ULLAH,<br>    Petitioner,<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States, *et al.*,<br>        Respondents. | Civil Action No: 05-1311(RCL) |

## NOTICE

Consistent with the Protective Orders issued by the Court, undersigned counsel submits the attached Memorandum of Understanding Regarding Access to Classified National Security Information and Acknowledgment.

Dated: April 5, 2006

Respectfully submitted,

THOMAS G. DENNIS
FEDERAL DEFENDER

Dated: April 5, 2006

/s/_____
Thomas P. Belsky
Asst. Federal Defender
2 Whitney Ave., Suite 300
New Haven, CT 06510
Bar No. ct24770
(203) 498-4200
Email: thomas.belsky@fd.org

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

EHSAN ULLAH,
    Petitioner,

v.

GEORGE W. BUSH,
    President of the United States, *et al.*,
    Respondents.

Civil Action No: 05-1311(RCL)

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et. seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Ehsan Ullah v. George W. Bush, No. 05-1311(RCL).

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned <u>Ehsan Ullah v. George W. Bush</u>, No. 05-1311(RCL), and I agree to comply with the provisions thereof.

_____    Dated: 5 April 06
Thomas P. Belsky
Assistant Federal Defender
2 Whitney Ave., Suite 300
New Haven, CT 06510
Bar No. ct24770
(203) 498-4200
Email: thomas.belsky@fd.org

2

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned <u>Ehsan Ullah v. George W. Bush</u>, No. 05-1311(RCL), understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him other than as provided by the Protective Order. The undersigned acknowledges that his duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 5 April 06    By: <u>Thomas P. Belsky</u>

SIGNED: _____