IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ehsan Ullah, | ) |
|       Petitioner/Plaintiff, | ) Case No. 05-CV-01311 |
| vs. | ) |
| George W. Bush, President of the United States, *et.al.*, | ) APPEARANCE |
|       Respondents/Defendants. | ) |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    The undersigned hereby enters her appearance as counsel in this case for the Petitioner/Plaintiff, Ehsan Ullah.

DATED: July 25, 2006

FEDERAL DEFENDER'S OFFICE
Capital Square, Suite 340
400 Locust Street
Des Moines, IA 50309-2360
TELEPHONE:  (515) 309-9610
TELEFAX:  (515) 309-9625
E-MAIL: angela_campbell@fd.org


By:  /s/ Angela Campbell
      Angela L. Campbell


Original filed.
Copies to:

Terry M. Henry
Senior Trial Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice