IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Ehsan Ullah, | ) | |
| | ) | |
| Petitioner/Plaintiff, | ) | Case No. 05-CV-01311 |
| | ) | |
| vs. | ) | |
| | ) | |
| George W. Bush, | ) | PETITIONER'S NOTICE OF |
| President of the United States, | ) | UNPRIVILEGED COMMUNICATION |
| *et.al.*, | ) | ONLY |
| | ) | |
| Respondents/Defendants. | ) | |

Petitioner's counsel hereby notifies the court, pursuant to the order filed August 7, 2006, that prior to June 18, 2006, counsel only had unprivileged preliminary correspondence with Petitioner Ehsan Ullah. This correspondence was in the form of a request for legal assistance by Petitioner, directed to the court, not to counsel.

DATED: August 14, 2006

FEDERAL DEFENDER'S OFFICE
Capital Square, Suite 340
400 Locust Street
Des Moines, IA 50309-2360
TELEPHONE: (515) 309-9610
TELEFAX: (515) 309-9625
E-MAIL: angela_campbell@fd.org

By: /s/ Angela Campbell
     Angela L. Campbell

Original filed.
Copies to:

Terry M. Henry
Senior Trial Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice