UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EHSAN ULLAH, ) <br> ) <br> Petitioner ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, ) <br> President of the United States, et al., ) <br> Respondents. ) | Civil Action No. 05-CV- 01311(RCL) |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel, Thomas P. Belsky, respectfully requests leave to withdraw as counsel for petitioner Ullah in the above-captioned case. In support of this motion, counsel states:

(1) On October 5, 2005, the United States District Court of the District of Columbia appointed the Federal Defender's Office for the District of Connecticut to represent petitioner in the above captioned case. On November 15, 2005, undersigned counsel filed his appearance.

(2) As of September 5, 2006, undersigned counsel will no longer be employed as an Assistant Federal Defender with the Federal Defender's Office for the District of Connecticut.

(3) Assistant Federal Defender Angela Campbell, from the Federal Defender's Office for the Northern and Southern Districts of Iowa has filed an appearance on behalf of petitioner Ullah.

Accordingly, undersigned counsel respectfully requests the Court grant this request to withdraw as counsel.

                                                    Respectfully submitted,

                                                    THOMAS G. DENNIS
                                                    FEDERAL DEFENDER

Dated: August 15, 2006                     /s/
                                                   Thomas P. Belsky
                                                   Asst. Federal Defender
                                                   2 Whitney Ave., Suite 300
                                                   New Haven, CT 06510
                                                   Bar No. ct24770
                                                   (203) 498-4200
                                                Email: thomas.belsky@fd.org

- 2 -

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on August 15, 2006 , a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System

            /s/ Thomas P. Belsky
            ct24770
            Office of the Federal Defender
            2 Whitney Ave, Suite 300
            New Haven, CT 06510
            Phone: (203) 498-4200
            Fax: (203) 498-4207
            Email: thomas.belsky@fd.org