IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHSANULLAH PIRZAI, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 05-CV-1242 (RCL) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, | ) |
| *et al.,* | ) |
| | ) |
| Respondents. | ) |
| | ) |
| IHSAN ULLAH PEERZAI, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 05-CV-1243 (RCL) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, | ) |
| *et al.,* | ) |
| | ) |
| Respondents. | ) |
| | ) |
| EHSAN ULLAH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 05-CV-1311 (RCL) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, | ) |
| *et al.,* | ) |
| | ) |
| Respondents. | ) |

## **RESPONDENTS' NOTICE OF TRANSFER OF PETITIONER**

Respondents hereby provide notice that with respect to the detainee with Internment

Serial Number (ISN 562), identified as Ahsanullah Pirzai in <u>Pirzai v. Bush</u>, No. 05-CV-1242

(RCL), as Ihsan Ullah Peerzai in <u>Peerzai v. Bush</u>, No. 05-CV-1243 (RCL), and as Ehsan Ullah in

<u>Ullah v. Bush</u>, No. 05-CV-1311 (RCL), the United States has relinquished custody of petitioner

and petitioner has been transferred to the control of the Government of Afghanistan, consistent

with United States' policies and practices pertaining to transfers for continued detention,

investigation, and/or prosecution as the transferee country deems appropriate. These policies

and practices are outlined in the declarations of Ambassador Pierre-Richard Prosper and Deputy

Assistant Secretary of Defense for Detainee Affairs Matthew C. Waxman previously filed in

other Guantanamo Bay detainee habeas cases pending in this Court, copies of which are attached

as Exhibits A and B.[1]


Dated: August 29, 2006                    Respectfully submitted,

                                          PETER D. KEISLER
                                          Assistant Attorney General

                                          DOUGLAS N. LETTER
                                          Terrorism Litigation Counsel

                                           */s/* Andrew I. Warden
                                          JOSEPH H. HUNT (D.C. Bar No. 431134)
                                          VINCENT M. GARVEY (D.C. Bar No. 127191)
                                          TERRY M. HENRY

---

[1] While Mr. Waxman and Mr. Prosper have both recently left office, the policies and practices set forth in their prior declarations remain in effect and are applicable to the instant case, while certain numerical information regarding numbers of transfers in the declarations is subject to updating.

-1-

JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
ANDREW I. WARDEN (IN Bar No. 23840-49)
NICHOLAS J. PATTERSON
EDWARD H. WHITE
MARC A. PEREZ
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents